# United States District Court

## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:10cr86 |
| | § | (Judge Folsom) |
| HAROLD LEANDER EVANS, JR. (5) | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 15, 2011, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Jay Combs.

On January 26, 2011, Defendant was sentenced by the Honorable David J. Folsom to seven (7) months and nine (9) days' custody followed by three (3) years of supervised release for the offense of Distribution of Cocaine Base. On January 26, 2011, Defendant completed his period of imprisonment and began service of his supervised term.

On August 19, 2011, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated the following mandatory condition: the defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as determined by the Court. The Government moved to dismiss the remaining violations.

The petition alleges that Defendant committed the following acts: Defendant submitted urine specimens that tested positive for cocaine on June 29, 2011, July 1 and July 6, 2011, and August 18,

2011.

Prior to the Government putting on its case, Defendant entered a plea of true to the remaining violation. The Court recommends that Defendant's supervised release be revoked.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eleven (11) months with no supervised release to follow. It is also recommended that Defendant be housed in the Bureau of Prisons, Seagoville Unit.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 15th day of November, 2011.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE